No. 1726, Misc. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1732, Misc. BULLIS *v.* HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied. *Melvin Schaengold* for petitioner.

No. 1736, Misc. BURGESS *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1738, Misc. LANDMAN *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1739, Misc. STUART ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for Commissioner of Internal Revenue, and *Wallace S. Myers* for Fagundes et al., respondents.

No. 1743, Misc. BELTON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Phillip A. Hubbart* for petitioner.

No. 1749, Misc. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1748, Misc. McELRATH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.